UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRISTOPHER HEIDE,

        Plaintiff,

  v.

STATE FARM MUTUAL AUTOMOBILE COMPANY,

        Defendant.

C16-652 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion regarding adjustment of trial date, docket no. 11, is GRANTED and the trial date and related deadlines are CONTINUED as follows:

| **JURY TRIAL DATE** | **February 5, 2018** |
|---|---|
| Discovery motions filing deadline | September 7, 2017 |
| Discovery completion deadline | October 16, 2017 |
| Dispositive motions filing deadline | November 16, 2017 |
| Motions in limine filing deadline | January 4, 2018 |

MINUTE ORDER - 1

| Agreed pretrial order due | January 19, 2018 |
|---|---|
| Trial briefs, proposed voir dire questions, and jury instructions due | January 19, 2018 |
| Pretrial conference | January 26, 2018 at 2:00 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 9, including the deadlines for joining additional parties and amending pleadings, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of March, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2